UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

YIPING HUANG,

    Plaintiff,

v.                                                              Case No: 6:24-cv-1124-JSS-EJK

DIRECTOR, U.S. CITIZENSHIP
AND IMMIGRATION SERVICES,

    Defendant.
_____/

## ORDER

The parties move jointly to stay this case for 120 days pending United States Citizenship and Immigration Services (USCIS) adjudication of Plaintiff's Form I-485, Application to Register Permanent Residence or Adjust Status (Form I-485). (Motion, Dkt. 12.) According to the Motion, since the filing of the complaint in this case, USCIS has issued a request for evidence related to adjudication of Plaintiff's application, and a stay of the case would allow USCIS to adjudicate the application upon receipt of Plaintiff's response, the deadline for which is November 15, 2024. *Id*. Upon consideration, the parties' motion is granted.

District courts are vested with broad discretion to stay proceedings, which authority is incidental to their inherent powers to control their dockets. See *Clinton v. Jones*, 520 U.S. 681, 706 (1997) ("The [d]istrict [c]ourt has broad discretion to stay proceedings as an incident to its power to control its own docket."); *Advanced Bodycare*

*Sols., LLC v. Thione Int'l, Inc.,* 524 F.3d 1235, 1241 (11th Cir. 2008) ("[D]istrict courts have inherent, discretionary authority to issue stays in many circumstances."). Courts consider three factors when determining whether a stay is appropriate: (1) whether the stay will prejudice the non-moving party; (2) whether a stay will streamline the case for trial; and (3) whether a stay will reduce the burdens of litigation on the parties and on the court. *Freedom Sci., Inc. v. GW Micro, Inc.*, No. 8:08-cv-1365-T-33TBM, 2009 WL 2423085, at *1 (M.D. Fla. July 29, 2009).

Turning to the first factor, there is no prejudice to either party as the parties jointly request a stay. Next, the stay will streamline the case and reduce the burdens of litigation on the parties and the court because the case may be disposed of altogether if USCIS adjudicates Plaintiff's Form I-485 while the case is stayed.

Accordingly, the parties' Joint Motion to Stay is **GRANTED**. This matter is stayed until **December 20, 2024**. Either party may move to lift the stay upon USCIS's adjudication of Plaintiff's Form I-485.

**ORDERED** in Orlando, Florida, on August 26, 2024.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record